# EXHIBIT A

*Fansteel Metals, Inc. f/k/a FMRI, Inc. v. Muskogee City-County Port Authority, et al.*
E.D. Okla. Case Number: 21-CV-102

## Plaintiff's Summary Chart for April 15, 2024 Status Hearing

| Party Name and Number (Sorted by Volume) | Manner of Service | Appeared | Answer or Response to Second Amended Complaint | Fed. R. Evid. 408 Records Furnished including Technical Documents and on Vendor Nexus Documents | Liability / Allocation Discussion Items | FRE 408 Participant | De Minimis | Fansteel Response | Additional Consideration |
|---|---|---|---|---|---|---|---|---|---|
| **Fansteel Metals, Inc. (Plaintiff)** | Not Applicable | Yes | | | 1. Arranger Liability<br>   a. Intent to Dispose<br>   b. Useful product<br>2. Equitable Allocation Methodology | Yes | N/A | 1. This Court held Plaintiff pleaded *prima facie* arranger liability against 4 Vendor Defendants. Dkt. #156.<br><br>2. Fansteel Inc. is a twice bankrupt Owner/Operator which incurred Past Costs interests against PRPs to Plaintiff. Similar circumstances after litigation have been around 5%. See e.g., *In re Kaiser Gypsum Co., Inc.*, No. 16-31602 (JCW), 2020 WL 6737641, *29 (Bankr. W.D.N.C. Nov. 13, 2020) (allowing 5.42% share of liability). Required under Environmental Settlement Agreement to satisfy approved Plan of Liquidation, which requires Plaintiff to utilize funds obtained from PRPs to pay future clean up costs in current dollars. | None. |
| **Muskogee City-County Port Authority (Def. #1)** | Waiver of Service of Summons | Yes | Answered Second Amended Complaint (Dkt.#168) after Denial of Motion to Dismiss (Dkt.#158) | Not Applicable | Denials with Affirmative Defenses | Yes | Yes As Landowner | CERCLA Section 122(g)(1)(B) De Minimis Landowner Administrative Settlement Agreement and Order on Consent with USEPA finalized and effective April 2, 2024 after public notice and comment period. | Subject to dismissal given resolution of landowner claims with USEPA. |
| **BHP Minerals Service Company (Def. #11)** f/k/a Billiton Trading Company, Inc. and f/k/a Billiton Metals, Inc. | Waiver of Service of Summons | Yes | Rule 12(b)(6) Motion to Dismiss Pending | Yes<br>8,911 Pages of Nexus Documents | Motion to Dismiss<br>1. Not an Arranger<br>   a. No Intent / Useful Product<br>   b. Fansteel Pleads No Facts for Claim and Amendment is Futile<br>2. CERCLA 107(a) claims fail as matter of law<br>3. Not Liable for Kennametal Crossclaims | Yes | No<br>EPA Issued General Notice Letter | **BHP Motion to Dismiss:**<br><br>1. Defendant has been provided Fansteel's transactional Vendor Nexus Documents to amend SAC and plead *prima facie* liability for Fansteel's arrangements with BHP's predecessor (8,911 Pages); <br>   a. Useful product arguments by similarly situated Vendor Defendants have failed at Motion to Dismiss stage<br>2. Fansteel agreed to dismiss 107(a) claim<br>3. Premature to determine Crossclaim liabilty. | Awaiting USEPA de minimis settlement offer structure for USEPA-incurred Past Costs and Future Response Costs.<br><br>Defendant wishes to remain in FRE 408 discussions regarding Fansteel Past Costs settlement path, but final resolution and timing unknown. |
| **Companion Litigation**<br>Citigroup (successor to Philipp Brothers, Inc.) | | Yes | Deadlines Stayed | | | | | | |
| **Companion Litigation**<br>Union Carbide Corp. | | Yes | Deadlines Stayed | | | | | | |
| **Cabot Corporation (Def. #14)**<br>Plaintiff asserts it is liable for its affiliates:<br>  1. Def #30: National Resources Trading Inc.;<br>  2. Kawecki Berlyco Industries;<br>  3. Kawecki Chemical Co. | Corporate service | Yes | Answer or Response to Complaint Due Upon Court Setting Deadline | Yes<br>2,069 Pages of Nexus Documents | Not Yet Known | Yes | Possible (EPA Decision) | Not yet known. | Awaiting USEPA de minimis settlement offer structure for USEPA-incurred Past Costs and Future Response Costs.<br><br>Defendant wishes to remain in FRE 408 discussions regarding Fansteel Past Costs settlement path, but final resolution and timing unknown. |
| **Metallurg, Inc. (Def. #21)**<br>Plaintiff alleges and names its parent and successor, which is not independently liable:<br>  1. Def. #19: AMG Advanced Metallurgical Group N.V. | Corporate service | Yes | Answer or Response to Complaint Due Upon Court Setting Deadline | Yes<br>332 Pages of Nexus Documents | Not Yet Known | Yes | Possible (EPA Decision) | Court denied Defendant's Rule 12(b)(6) Motion to Dismiss and held that Plaintiff pleaded *prima facie* arranger liability. See, Dkt.#156. | Awaiting USEPA de minimis settlement offer structure for USEPA-incurred Past Costs and Future Response Costs.<br><br>Defendant wishes to remain in FRE 408 discussions regarding Fansteel Past Costs settlement path, but final resolution and timing unknown. |
| **Everzinc USA, Inc. (Def. #36)** | Corporate service | Yes | Answered Second Amended Complaint (Dkt.#185) after Denial of Motion to Dismiss (Dkt.#156) | Yes<br>550 Pages of Nexus Documents | Denials with Affirmative Defenses | Yes | Possible (EPA Decision) | Court denied Defendant's Rule 12(b)(6) Motion to Dismiss and held that Plaintiff pleaded *prima facie* arranger liability. See, Dkt.#156. | Awaiting USEPA de minimis settlement offer structure for USEPA-incurred Past Costs and Future Response Costs.<br><br>Defendant wishes to remain in FRE 408 discussions regarding Fansteel Past Costs settlement path, but final resolution and timing unknown. |
| **United States Defendant (Def. #22)** (formerly G.S.A. now D.O.D.) | Service upon United States effected pursuant to Rule 4(i) | Yes | Answer or Response to Complaint Due Upon Court Setting Deadline | Yes<br>395 Pages of Nexus Documents | Not Yet Known | Yes | Likely | Awaiting USEPA *de minimis* settlement offer for USEPA-incurred Past Costs and Future Response Costs. | Defendant wishes to remain in FRE 408 discussions regarding Fansteel Past Costs settlement path, but final resolution and timing unknown. |
| **Amalgamet, Inc. (Def. #4)** | Corporate service | No Exteded by Court Order | Answer or Response to Complaint Due Upon Court Setting Deadline | Yes<br>1,017 Pages of Nexus Documents | Not Yet Known | Yes | Likely | Awaiting USEPA *de minimis* settlement offer for USEPA-incurred Past Costs and Future Response Costs. | Defendant wishes to remain in FRE 408 discussions regarding Fansteel Past Costs settlement path, but final resolution and timing unknown. |
| **Kennametal, Inc. (Def. #25)** | Waiver of Service of Summons | Yes | Answered Second Amended Complaint (Dkt.#198) after Denial of Motion to Dismiss (Dkt.#156) | Yes<br>464 Pages of Nexus Documents | Denials with Affirmative Defenses | Yes | Likely | Court denied Defendant's Rule 12(b)(6) Motion to Dismiss and held that Plaintiff pleaded prima facie arranger liability. See, Dkt.#156. Awaiting USEPA de minimis settlement offer from USEPA-incurred Past Costs and Future Response Costs. | Defendant wishes to remain in FRE 408 discussions regarding Fansteel Past Costs settlement path, but final resolution and timing unknown. |
| **Osram Sylvania Inc. (Def. #24)** | Corporate service | Yes | Answer or Response to Complaint Due Upon Court Setting Deadline | Yes<br>33 Pages of Nexus Documents | Not Yet Known | Yes | Likely | Awaiting USEPA *de minimis* settlement offer for USEPA-incurred Past Costs and Future Response Costs. | Defendant wishes to remain in FRE 408 discussions regarding Fansteel Past Costs settlement path, but final resolution and timing unknown. |